IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| DORIAN L. KNIGHTON, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 4:24-cv-00190-CDL |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH B. TAYLOR, TAYLOR'S BOYZ HAULING, LLC and PROGRESSIVE SPECIALITY INSURANCE COMPANY, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF PUBLICATION

It appearing by affidavit that Defendants Kenneth B. Taylor and Taylor's Boyz Hauling, LLC, on whom service is to be made in this case, reside out of the State, or conceal themselves to avoid the service of summons, and cannot after due diligence be found, and it further appearing by affidavit or complaint that a claim exists against Defendants Kenneth B. Taylor and Taylor's Boyz Hauling, LLC and that they are necessary or proper parties to this action, it is HEREBY CONSIDERED, ORDERED AND DECREED THAT service be made by publication as provided by law.

Further, the Court ORDERS Plaintiff to coordinate publication of the notice on these Defendants in the appropriate newspaper in which Plaintiff wishes to have the notice published. Plaintiff shall determine the procedures for placing the notice in the newspaper. Within 10 days of the entry of this Order, Plaintiff shall identify for the Clerk the newspaper in which Plaintiff seeks to publish this notice, consistent with the requirements of O.C.G.A. § 9-11-4(f)(1)(C) ("When the court orders service by publication, the clerk shall cause the publication to be made in the paper in which sheriff's advertisements are printed.").

For the newspaper, Plaintiff shall:

1. Prepare for the Clerk of Court's signature a cover letter to the publisher

    providing instructions for publishing the notice in accordance with the requirements of O.C.G.A. § 9-11-4(f)(1)(C);

2. Provide to the Clerk a check made out to the publisher for the cost of publishing the notice;
3. Prepare and submit to the Clerk a proposed notice to be published. The proposed notice shall comply with the requirements of O.C.G.A. § 9-11-4(f)(1)(C); and
4. Provide to the Clerk the last known address of each of the two Defendants.

Within 10 days of the date of this Order, Plaintiff must provide the cover letter, check, proposed notice, and addresses to the Clerk. The Clerk shall submit these items to the identified publisher, shall cause publication of the notice, and shall note on the docket when this task is complete.

Once publication is complete, Plaintiff shall obtain and submit to the Court a publisher's affidavit demonstrating that the notice was published in accordance with O.C.G.A. § 9-11-4(f)(1)(C). Upon receipt of the above-listed materials from Plaintiff, the Clerk shall send, via first class mail, the following items to the above-referenced Defendants to their last known addresses:

1. A copy of notice to be published;
2. A copy of this Order; and
3. A copy of the Complaint.

After these items are mailed to Defendants, the Clerk shall make a note on the docket that this task is complete.

    SO ORDERED this 27th day of February, 2025.

                                            S/Clay D. Land  
                                      Judge, U.S. District Court for the  
                                      Middle District of Georgia